# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1795

_____

JOHN L. BOWEN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.

March 11, 2026

PER CURIAM.

   The Court dismisses this appeal as untimely. *See* Fla. R. App. P. 9.140(b)(3).

RAY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Terry Brinson of The Brinson Law Firm, PLLC, Live Oak, Appellant.

Cliff Wilson Jr., Public Defender, and Kimberly K. Mears, Assistant Public Defender, Lake City, for Appellant.

Jessica J. Yeary, Public Defender, and Megan L. Long, Assistant Public Defender, Tallahassee, for Appellant.

No appearance for Appellee.